## Virtual Wallet Spend Statement
PNC Bank

**PNC BANK**

| | |
|---|---|
| For the period 08/18/2021 to 09/17/2021 | Primary account number: 47-1146-2074<br>Page 1 of 5<br>Number of enclosures: 0 |
| MICHAEL D GIESE<br>DEBTOR IN POSSESSION<br>2611 N HERMITAGE AVE APT 314<br>CHICAGO IL 60614-9301 | For 24-hour banking, and transaction or interest rate information, sign-on to PNC Bank Online Banking at pnc.com<br><br>For customer service call 1-888-PNC-BANK<br>PNC accepts Telecommunications Relay Service (TRS) calls.<br>Para servicio en espanol, 1-866-HOLA-PNC<br><br>**Moving?** Please contact us at 1-888-PNC-BANK<br><br>Write to: Customer Service<br>PO Box 609<br>Pittsburgh, PA 15230-9738<br><br>Visit us at pnc.com |

Important Information:

This information impacts customers who are deaf, hard of hearing, deaf-blind, or have speech disabilities. As PNC seeks to broaden Accessibility options for these customers, we have discontinued Teletypewriter (TTY) and Telecommunication Devices for the Deaf (TDD) services in favor of the many Telecommunications Relay Service (TRS) options available. PNC accepts all TRS calls. There are a variety of TRS options available, and most are free to use. Visit fcc.gov/trs for more information.

## Virtual Wallet Spend Account Summary

MICHAEL D GIESE
Debtor In Possession

**Account number:**   47-1146-2074

**Overdraft Protection**   Provided By:   XXXXXX2082
                                          XXXXXX2103

Overdraft Coverage
- Your account is currently Opted-Out.

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 54,457.30 | 32,000.00 | 44,455.40 | 42,001.90 |
| | Average monthly balance | | Charges and fees |
| | 54,774.13 | | 30.00 |

### Transaction Summary

| Checks paid/withdrawals | Debit Card POS signed transactions | Debit Card/Bankcard POS PIN transactions |
|---|---|---|
| 3 | 42 | 29 |
| Total ATM transactions | PNC Bank ATM transactions | Other Bank ATM transactions |
| 1 | 1 | 0 |

## Activity Detail

### Deposits and Other Additions

There were 2 Deposits and Other Additions totaling $32,000.00.

| Date | Amount | Description |
|---|---|---|
| 09/02 | 16,000.00 | Wire Transfer In 2192C5204Jvc7Ogz |
| 09/08 | 16,000.00 | Wire Transfer In 2198H22267Rg8Had |

# Virtual Wallet Spend Statement

For 24-hour information, sign on to PNC Bank Online Banking on pnc.com

For the period   08/18/2021   to   09/17/2021
MICHAEL D GIESE
Primary account number:   47-1146-2074
Page 2 of 5

Account Number:   47-1146-2074   - continued

## Banking/Debit Card Withdrawals and Purchases

| Date | Amount | Description |
|---|---|---|
| 08/19 | 11.90 | 5310 Debit Card Purchase Uber Help.Uber.C Ca |
| 08/20 | 12.25 | POS Purchase Jewel Osco 020 Chicago Il |
| 08/23 | 1.11 | 5310 Debit Card Purchase McDonald's F22100 |
| 08/23 | 446.50 | 5310 Debit Card Purchase Extra Space 0685 |
| 08/23 | 10.55 | 5310 Debit Card Purchase Subway 39680 Chicago |
| 08/23 | 15.18 | POS Purchase Jewel Osco 344 Chicago Il |
| 08/23 | 4.08 | POS Purchase Jewel Osco 020 Chicago Il |
| 08/23 | 25.27 | POS Purchase Shell Service Chicago Il |
| 08/23 | 75.00 | POS Purchase Murphy7442Atwa Oswego Il |
| 08/24 | 10.38 | 5310 Debit Card Purchase McDonald's F22100 |
| 08/25 | 21.60 | 5310 Debit Card Purchase Chick-Fil-A #03677 |
| 08/25 | 11.73 | 5310 Debit Card Purchase Noodles & Co Web 640 |
| 08/25 | 38.74 | POS Purchase Jewel Osco 020 Chicago Il |
| 08/25 | 4.08 | POS Purchase Jewel Osco 020 Chicago Il |
| 08/25 | 66.00 | POS Purchase Petsmart # 042 Chicago Il |
| 08/26 | 19.82 | POS Purchase O'Reilly Auto Chicago Il |
| 08/30 | 3.31 | 5310 Debit Card Purchase McDonald's F22100 |
| 08/30 | 74.28 | POS Purchase Costco Whse #0 Chicago Il |
| 08/30 | 14.40 | 5310 Debit Card Purchase Chick-Fil-A #03677 |
| 08/30 | 93.46 | POS Purchase Costco Gas #03 Chicago Il |
| 08/30 | 35.75 | POS Purchase Costco Whse #0 Chicago Il |
| 08/30 | 8.16 | POS Purchase Jewel Osco 020 Chicago Il |
| 08/30 | 9.50 | POS Purchase Fresh Thyme #1 Chicago Il |
| 08/30 | 2.19 | POS Purchase Jewel Osco 020 Chicago Il |
| 08/31 | 3.31 | 5310 Debit Card Purchase McDonald's F22100 |
| 08/31 | 1.11 | 5310 Debit Card Purchase McDonald's F22100 |
| 09/01 | 20.00 | 5310 Debit Card Purchase Il Tollway-Autorepleni |
| 09/02 | 82.00 | 5310 Debit Card Purchase Affordable Moving Offi |
| 09/02 | 4.42 | 5310 Debit Card Purchase McDonald's F22100 |
| 09/03 | 307.00 | 5310 Debit Card Purchase Extra Space 0685 |
| 09/03 | 9.96 | 5310 Debit Card Purchase Panera Bread #601152 O |
| 09/03 | 5.19 | 5310 Debit Card Purchase Dunkin #310138 Chicag |
| 09/07 | 3.31 | 5310 Debit Card Purchase McDonald's F6888 |
| 09/07 | 307.00 | 5310 Debit Card Purchase Extra Space 0685 |
| 09/07 | 6.18 | 5310 Debit Card Purchase McDonald's F22100 |

There were 29 Debit Card/Bank card PIN POS purchases totaling $960.26.

There were 43 other Banking Machine/Debit Card deductions totaling $1,811.24.

Banking/Debit Card Withdrawals and Purchases continued on next page

# Virtual Wallet Spend Statement

For 24-hour information, sign on to PNC Bank Online Banking on pnc.com

For the period   08/18/2021   to   09/17/2021
MICHAEL D GIESE
Primary account number:   47-1146-2074

Account Number:   47-1146-2074   - continued

Page 3 of 5

## Banking/Debit Card Withdrawals and Purchases   - continued

| Date | Amount | Description |
| --- | --- | --- |
| 09/07 | 2.99 | N0903 5310 Payment Apple Com Bill Cupertino Ca |
| 09/07 | 6.40 | 5310 Debit Card Purchase McDonald's F22100 |
| 09/07 | 95.53 | POS Purchase Costco Gas #03 Chicago Il |
| 09/07 | 118.90 | POS Purchase Costco Whse #0 Chicago Il |
| 09/07 | 10.23 | POS Purchase Jewel Osco 020 Chicago Il |
| 09/07 | 10.18 | POS Purchase Walgreens Stor Chicago Il |
| 09/07 | 6.18 | 5310 Debit Card Purchase McDonald's F22100 |
| 09/07 | 14.80 | POS Purchase Jewel Osco 020 Chicago Il |
| 09/07 | 51.34 | POS Purchase Binnys Beverag Chicago Il |
| 09/07 | 2.03 | POS Purchase Jewel Osco 020 Chicago Il |
| 09/08 | 2.20 | 5310 Debit Card Purchase McDonald's F22100 |
| 09/08 | 6.65 | 5310 Debit Card Purchase McDonald's F22100 |
| 09/08 | 266.92 | 5310 Recurring Debit Card Obc*Gold Coast Ortho |
| 09/09 | 5.85 | 5310 Debit Card Purchase McDonald's F22100 |
| 09/09 | 25.46 | 5310 Debit Card Purchase Portillos Addison #62 |
| 09/09 | 7.85 | POS Purchase Costco Whse #0 Chicago Il |
| 09/10 | 3.31 | 5310 Debit Card Purchase McDonald's F22100 |
| 09/10 | 9.23 | POS Purchase Jewel Osco 347 Chicago Il |
| 09/13 | 3.31 | 5310 Debit Card Purchase McDonald's F22100 |
| 09/13 | 9.70 | 5310 Debit Card Purchase Taco Bell #30409 |
| 09/13 | 3.31 | 5310 Debit Card Purchase McDonald's F22100 |
| 09/13 | 1.11 | 5310 Debit Card Purchase Taco Bell 036212 |
| 09/13 | 10.68 | 5310 Debit Card Purchase Subway 39680 Chicago |
| 09/13 | 50.06 | 5310 Debit Card Purchase Strings Ramen Lakeview |
| 09/13 | 3.31 | 5310 Debit Card Purchase McDonald's F22100 |
| 09/13 | 7.41 | 5310 Debit Card Purchase Subway 3600 Chicago I |
| 09/13 | 10.20 | POS Purchase Fresh Thyme #1 Chicago Il |
| 09/13 | 36.94 | POS Purchase Jewel Osco 020 Chicago Il |
| 09/14 | 9.27 | 5310 Debit Card Purchase McDonald's F22100 |
| 09/14 | 4.02 | POS Purchase Jewel Osco 347 Chicago Il |
| 09/14 | 99.13 | POS Purchase Costco Gas #03 Chicago Il |
| 09/15 | 3.31 | 5310 Debit Card Purchase McDonald's F22100 |

Banking/Debit Card Withdrawals and Purchases continued on next page

# Virtual Wallet Spend Statement

For 24-hour information, sign on to PNC Bank Online Banking on pnc.com

For the period   08/18/2021   to   09/17/2021
MICHAEL D GIESE
Primary account number:   47-1146-2074

Account Number:   47-1146-2074   - continued

Page 4 of 5

## Banking/Debit Card Withdrawals and Purchases   - continued

| Date | Amount | Description |
|---|---|---|
| 09/16 | 3.31 | 5310 Debit Card Purchase McDonald's F22100 |
| 09/16 | 6.12 | POS Purchase Jewel Osco 347 Chicago Il |
| 09/17 | 5.54 | 5310 Debit Card Purchase McDonald's M5343 |
| 09/17 | 63.00 | 5310 Debit Card Purchase AARP 888-6872277 Ca |
| 09/17 | 31.00 | 5310 Debit Card Purchase Ilsos Int Safe Driver |

## Online and Electronic Banking Deductions

There were 19 Online or Electronic Banking Deductions totaling $30,653.90.

| Date | Amount | Description |
|---|---|---|
| 08/18 | 16.19 | Web Pmt- Internet |
|  |  | Amazon.Com Servi 043000095366870 |
| 08/18 | 1,000.00 | Web Pmt- Epay Chase Credit Crd 5455315445 |
| 08/20 | 8.25 | Online Transfer To     0000004638833894 |
| 08/27 | 440.00 | Web Pmt- Payment Quarterly Fee 6Oct5Bulcn1 |
| 09/01 | 5,000.00 | Corporate ACH Usataxpymt IRS 270164425680998 |
| 09/02 | 500.00 | Corporate ACH EDI Pymnts |
|  |  | Il Dept Of Reven 00002022100752 |
| 09/02 | 234.48 | Direct Payment - Payment Att XXXXX8014Epayu |
| 09/02 | 45.72 | Direct Payment - Payments |
|  |  | Nationwide Pet Nwppxxxxxx2417 |
| 09/02 | 25.00 | Zel To Jeanne Biltz |
| 09/07 | 6,220.00 | Web Pmt- Web Pmts Broder-1730-Apt Xzpjb8 |
| 09/07 | 114.90 | Web Pmt Recur- Premium |
|  |  | Unitedhealthcare 3120663551 |
| 09/07 | 32.60 | Web Pmt Recur- Medinspymt |
|  |  | Unitedhcmedicare 000001029079168 |
| 09/09 | 376.44 | Web Pmt- Webpayment |
|  |  | American Family 000000025174bp5 |
| 09/09 | 311.14 | Web Pmt- Webpayment |
|  |  | American Family 000000025174bp4 |
| 09/14 | 545.90 | Web Pmt- Premiums Cms Medicare 6Oddabp3M61 |
| 09/16 | 4,173.03 | Web Pmt- 3125826106 Latin School Of |
| 09/16 | 1,585.00 | Direct Payment - XXXXXX9202 Extensions Dance |
| 09/17 | 25.25 | Web Pmt- Internet |
|  |  | Amazon.Com Servi 043000092387980 |
| 09/17 | 10,000.00 | Corporate ACH Usataxpymt IRS 270166092494523 |

## Other Deductions

There were 5 Other Deductions totaling $11,030.00.

| Date | Amount | Description |
|---|---|---|
| 08/31 | 2,000.00 | Withdrawal Reference No.  037638459 |

Other Deductions continued on next page

# Virtual Wallet Spend Statement

For 24-hour information, sign on to PNC Bank Online Banking on pnc.com

**For the period** 08/18/2021 to 09/17/2021
MICHAEL D GIESE
Primary account number: 47-1146-2074
Page 5 of 5

Account Number: 47-1146-2074 - continued

## Other Deductions  *- continued*

| Date | Amount | Description |
|---|---|---|
| 09/02 | 1,000.00 | Withdrawal Reference No. 034744103 |
| 09/02 | 15.00 | Wire Transfer In |
| 09/08 | 15.00 | Wire Transfer In |
| 09/09 | 8,000.00 | Withdrawal Reference No. 034354954 |

## Daily Balance Detail

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| 08/18 | 53,441.11 | 08/26 | 52,658.67 | 09/03 | 58,724.43 | 09/13 | 58,555.78 |
| 08/19 | 53,429.21 | 08/27 | 52,218.67 | 09/07 | 51,721.86 | 09/14 | 57,897.46 |
| 08/20 | 53,408.71 | 08/30 | 51,977.62 | 09/08 | 67,431.09 | 09/15 | 57,894.15 |
| 08/23 | 52,831.02 | 08/31 | 49,973.20 | 09/09 | 58,704.35 | 09/16 | 52,126.69 |
| 08/24 | 52,820.64 | 09/01 | 44,953.20 | 09/10 | 58,691.81 | 09/17 | 42,001.90 |
| 08/25 | 52,678.49 | 09/02 | 59,046.58 | | | | |

Member FDIC      Equal Housing Lender