# Virtual Wallet Spend Statement
PNC Bank

**PNC BANK**

**For the period** 08/21/2021 to 09/22/2021

MICHAEL D GIESE #21-02261
DEBTOR IN POSSESSION
2611 N HERMITAGE AVE APT 314
CHICAGO IL 60614-9301

Primary account number:  46-3883-3894
Page 1 of 1
Number of enclosures:  0

- For 24-hour banking, and transaction or interest rate information, sign-on to
- PNC Bank Online Banking at pnc.com

For customer service call 1-888-PNC-BANK
PNC accepts Telecommunications Relay Service (TRS) calls.
Para servicio en espanol, 1-866-HOLA-PNC

**Moving?**  Please contact us at 1-888-PNC-BANK

- Write to:  Customer Service
  PO Box 609
  Pittsburgh, PA  15230-9738
- Visit us at pnc.com

Important Information:

This information impacts customers who are deaf, hard of hearing, deaf-blind, or have speech disabilities. As PNC seeks to broaden Accessibility options for these customers, we have discontinued Teletypewriter (TTY) and Telecommunication Devices for the Deaf (TDD) services in favor of the many Telecommunications Relay Service (TRS) options available. PNC accepts all TRS calls. There are a variety of TRS options available, and most are free to use. Visit fcc.gov/trs for more information.

## Virtual Wallet Spend Account Summary

**Account number:**  46-3883-3894

MICHAEL D GIESE #21-02261
Debtor In Possession

**Overdraft Protection**  Provided By:  XXXXXX3907
XXXXXX3915

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 500.00 | 27,001.85 | .00 | 27,501.85 |
| Average monthly balance | | | Charges and fees |
| 7,045.90 | | | .00 |

### Overdraft and Returned Item Fee Summary

| | Total for this Period | Total Year to Date |
|---|---|---|
| Total Overdraft Fees | .00 | 108.00 |
| Total NSF/OD Refunds | .00 | 108.00 |

## Activity Detail

### Deposits and Other Additions

There was 1 Deposit or Other Addition totaling $27,001.85.

| Date | Amount | Description |
|---|---|---|
| 09/15 | 27,001.85 | Direct Deposit - Batch Ernst & Young |

### Daily Balance Detail

| Date | Balance | Date | Balance |
|---|---|---|---|
| 08/21 | 500.00 | 09/15 | 27,501.85 |

Member FDIC     Equal Housing Lender