UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 21-02261 |
| | ) | |
| Michael Giese | ) | Chapter: 11 |
| | ) | Honorable Deborah L. Thorne |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

### FINAL DECREE CLOSING DEBTOR'S BANKRUPTCY CASE

This matter coming to be heard on Motion for Final Decree and Order Closing the Debtor's Bankruptcy Case, the debtor, Michael Giese, by counsel, advising the Court that the Debtor has made all payments required as of the date of the hearing and filed post-confirmation reports for the third and fourth quarters of 2021, the Debtor having requested that the Court enter a final decree, and the Court having considered the matter:

Pursuant to section 350 of the Bankruptcy Code and Bankruptcy Rule 3022, effective immediately as of the entry of this Order, the Debtor's chapter 11 case is closed and a final decree is granted in the Debtor's chapter 11 case.

This Order does not affect the Plan or the Confirmation Order, the terms of which survive the closing of the Debtors' chapter 11 case.

This Court shall retain jurisdiction with respect to the Debtor's chapter 11 case as provided for in the Plan and the Confirmation Order, and the entry of this Order shall be without prejudice to the rights of any party in interest to seek to reopen the Debtor's chapter 11 case pursuant to section 350(b) of the Bankruptcy Code.

This Court shall retain jurisdiction with respect to any and all matters arising from or related to the interpretation or implementation of this Order.

Enter:

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated: January 27, 2022

**Prepared by:**

Gregory J. Jordan (ARDC# 6205510)
Mark Zito (ARDC# 6276231)
Jordan & Zito LLC
350 North LaSalle Drive, Suite 1100
Chicago IL 60603
(312) 854-7181
gjordan@jz-llc.com
mzito@jz-llc.com
COUNSEL FOR MICHAEL GIESE